**Order entered October 31, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00746-CR

**MARVIN EARL SLACK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-82364-2021**

### ORDER

Before the Court is appellant's October 28, 2022 second motion to extend the time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed by **November 28, 2022**. If appellant fails to file his brief by November 28, 2022, the Court may abate this case for a hearing in the trial court to determine why the brief has not been filed. *See* TEX. R. APP. P. 38.8(b).

/s/    ERIN A. NOWELL
          JUSTICE